Tab Wood, OSB No. 115604
twood@sussmanshank.com
Thomas M. Christ, OSB No. 834064
tchrist@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Attorneys for  Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NATIONAL SURETY CORPORATION, an Illinoi Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>TIG INSURANCE COMPANY, f/k/a TRANSAMERICA INSURANCE COMPANY, a California Corporation,<br><br>                Defendant. | Case No. 3:21-cv-00266-HZ<br><br>TIG INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT |

      Third-party defendant TIG Insurance Company ("TIG") submits the following Disclosure Statement pursuant to Fed. R. Civ. P. Rule 7.1 and LCR 7.1:

TIG Insurance Company is a California domiciled stock insurer.  100% of the common shares of TIG Insurance Company are owned by of Fairfax (US) Inc., a Delaware corporation.  The preferred shares of TIG Insurance Company are owned by The Resolution Group, Inc. Fairfax (US) Inc., a

Page 1 – TIG INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Delaware corporation, is 94.44% owned by FFHL Group Ltd. and is 5.56% owned by Fairfax Financial Holdings Limited.  FFHL Group Ltd., a Canadian holding company, whose ultimate controlling parent is Fairfax Financial Holdings, Limited, a Canadian Public Holding Company.  Fairfax Financial Holdings Limited is publicly traded on the Toronto Stock Exchange.

Dated this 21st day of June, 2021

SUSSMAN SHANK LLP

_____
Tab Wood, OSB No. 115604
Thomas Christ, OSB No. 834064
Attorneys for TIG Insurance Company

Page 2 – TIG INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130