Klarice Benn, OSB 033585
kbenn@gillaspyrhode.com
GILLASPY RHODE FADDIS & BENN LLC
4380 S Macadam Avenue, Suite 590
Portland, OR 97239
Telephone: (503) 688-5020
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL SURETY CORPORATION, an Illinois Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>TIG INSURANCE COMPANY, f/k/a TRANSAMERICA INSURANCE COMPANY, a California Corporation,<br><br>*Defendant*. | Case No. 3:21-cv-00266-HZ<br><br>**JUDGMENT** |

This action came before the Court on summary judgment before the Honorable Marco A. Hernandez, United States District Judge, presiding. The issues, having been fully briefed and decided by the Court, issuing its Opinion and Order dated July 3, 2023,

IT IS ADJUDGED AND DECLARED:

1. The allocation of defense costs between TIG Insurance Company f/k/a Transamerica Insurance Company ("TIG") and National Surety Corporation ("NSC") for the defense of McKay Investments Company ("McKay") relating to claims associated with environmental contamination at the property located at 1459 Mohawk Boulevard in Springfield, Oregon ("DEQ Claims"), based on the comprehensive general liability insurance policies each issued to McKay, shall be 74.6% - TIG and 25.4% - NSC for both

**JUDGMENT**

past defense costs incurred and further defense costs that will continue to be incurred.

2. The allocation of indemnity costs between TIG and NSC for both past indemnity costs incurred and future indemnity costs that will be incurred by McKay in relation to the DEQ Claims, based on the comprehensive general liability insurance policies each issued to McKay, shall be 53.95% - TIG and 46.05% - NSC.

IT IS FURTHER ADJUDGED AND ORDERED THAT:

1. NSC recover from TIG the amount of $2,171,672 for contribution of defense costs NSC paid between March 8, 2014 and July 27, 2023 in excess of its 25.4% allocation for the DEQ Claims;

2. NSC recover from TIG the amount of $355,200 for contribution of indemnity costs NSC paid between March 8, 2014 and July 27, 2023 in excess of its 46.05% allocation for the DEQ Claims;

3. NSC recover from TIG the amount of $1,199,364 in prejudgment interest on the amount listed in (1) and (2) above; and

4. NSC recover post judgment interest at the rate of 5.36% in accordance with 28 U.S.C. § 1961 on all amounts owed by TIG to NSC in addition to its costs.

DATED: 8\8\23

MARCO A. HERNANDEZ
United States District Judge

**JUDGMENT**

2