UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **NATIONAL SURETY CORPORATION, an Illinois corporation,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**TIG INSURANCE COMPANY, a California corporation, fka Transamerica Insurance Company,**<br><br>　　　　Defendant. | Case No. 3:21-cv-00266-HZ<br><br>**JUDGMENT** |

　　　　This action came before the Court on the issue of allocation of defense costs before the Honorable Marco A. Hernández, United States District Judge, presiding. The issues, having been fully briefed and decided by the Court, issuing its Opinion and Order dated May 6, 2025,

　　　　IT IS ADJUDGED AND DECLARED:

　　　　1.　　The allocation of defense costs between TIG Insurance Company f/k/a Transamerica Insurance Company ("TIG") and National Surety Corporation ("NSC") for the defense of McKay Investments Company ("McKay") relating to claims associated with environmental contamination at the property located at 1459 Mohawk Boulevard in Springfield, Oregon ("DEQ Claims"), based on the comprehensive general liability insurance policies each issued to McKay, shall be 74.6% - TIG and 25.4% - NSC for both past defense costs incurred and further defense costs that will continue to be incurred.

Page 1 – **JUDGMENT**

2.      The allocation of indemnity costs between TIG and NSC for both past indemnity costs incurred and future indemnity costs that will be incurred by McKay in relation to the DEQ Claims, based on the comprehensive general liability insurance policies each issued to McKay, shall be 53.95% - TIG and 46.05% - NSC.

IT IS FURTHER ADJUDGED AND ORDERED THAT:

1.      NSC recover from TIG the amount of $2,689,028 for contribution of defense costs NSC paid between March 8, 2014, and April 7, 2025, in excess of its 25.4% allocation for the DEQ Claims;

2.      NSC recover from TIG the amount of $367,065 for contribution of indemnity costs NSC paid between March 8, 2014, and April 7, 2025, in excess of its 46.05% allocation for the DEQ Claims;

3.      NSC recover from TIG the amount of $1,680,704 in prejudgment interest on the amount listed in (1) and (2) above; and

4.      NSC recover post judgment interest at the rate of 4.10% in accordance with 28 U.S.C. §1961 on all amounts owed by TIG to NSC in addition to its costs.

DATED:   May 23, 2025

_____
MARCO A. HERNÁNDEZ
United States Senior District Judge

Page 2 – **JUDGMENT**